UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LORETTA McHENRY, *pro se*,

           Plaintiff,

-against-

THE HONORABLE ROBERT A. KATZMANN,

           Defendant.
----------------------------------------X

JUDGMENT
08-CV- 2249 (DLI)



A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 13, 2008, dismissing plaintiff's complaint in its entirety with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any request to appeal from the Order *in forma pauperis* would not be taken in good faith; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's complaint is dismissed in its entirety with prejudice; and that any request to appeal from the Order *in forma pauperis* would not be taken in good faith.

Dated: Brooklyn, New York
       June 17, 2008

S/RCH

ROBERT C. HEINEMANN
Clerk of Court